Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 19−24914−VFP
      Chapter: 7
      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Vanessa Penafiel−Moran
  aka Vanessa Penafiel, aka Vanessa Del
  Rocio Penafiel−Moran, aka Vanessa Moran
  225 Rahway Avenue, Apt. 203
  Elizabeth, NJ 07202

Social Security No.:
  xxx−xx−8591

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric Raymond Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 8, 2019</u>          <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court