**Information to identify the case:**

| Debtor 1 | Vanessa Penafiel–Moran | Social Security number or ITIN xxx–xx–8591 |
|---|---|---|
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ EIN __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–24914–VFP

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vanessa Penafiel–Moran
aka Vanessa Penafiel, aka Vanessa Del Rocio
Penafiel–Moran, aka Vanessa Moran

11/8/19

**By the court:**   Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                               Case No. 19-24914-VFP
Vanessa Penafiel-Moran                                               Chapter 7
         Debtor                         CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3              Date Rcvd: Nov 08, 2019
                              Form ID: 318               Total Noticed: 102


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db             +Vanessa Penafiel-Moran,    225 Rahway Avenue, Apt. 203,    Elizabeth, NJ 07202-1932
518383994      +Bureau of Accounts Control,    3601 Route 9 North,    Howell, NJ 07731-3395
518383995      +Bureau of Accounts Control,    P.O. Box 538,    Howell, NJ 07731-0538
518383998      +Capital Management Services, LP,    P.O. Box 964,    Buffalo, NY 14220-0964
518384019      +Debt Recovery Solutions, LLC,    P.O. Box 9018,    Syosset, NY 11791-9018
518384018      +Debt Recovery Solutions, LLC,    6800 Jericho Turnpike, Suite 113E,    Syosset, NY 11791-4401
518384025      +Donato Russo, MD,    1896 Morris Avenue, Floor 3,    Union, NJ 07083-3528
518384029      +EOS CCA,    Collection Company Of America,    700 Longwater Drive,    Norwell, MA 02061-1796
518384028      +EOS CCA,    P.O. Box 169,    Norwell, MA 02061-0169
518384030       EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
518384031      +F.H. Cann & Associates, Inc.,     1600 Osgood Street, Suite 20-2/120,
                 North Andover, MA 01845-1048
518384037      +FMS, Inc.,    4915 South Union Avenue,    Tulsa, OK 74107-7839
518384035       FMS, Inc.,    P.O. Box 707600,    Tulsa, OK 74170-7600
518384036       FMS, Inc.,    P.O. Box 707601,    Tulsa, OK 74170-7601
518384039      +G.L.A. Collection Company, Inc.,    2630 Gleeson Lane,    Louisville, KY 40299-1772
518384038      +G.L.A. Collection Company, Inc.,    P.O. Box 991199,    Louisville, KY 40269-1199
518384040     ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
                (address filed with court: Gold Key Credit, Inc.,     P.O. Box 15670,    Brooksville, FL 34604)
518384049      +Midland Credit Management, Inc.,    a/k/a Midland Funding, LLC,    320 East Bign Beaver,
                 Troy, MI 48083-1271
518384047      +Midland Credit Management, Inc.,    A/K/A Midland Funding, LLC,    P.O. Box 301030,
                 Los Angeles, CA 90030-1030
518384046      +Midland Credit Management, Inc.,    A/K/A Midland Funding, LLC,
                 350 Camino De La Reina, Suite 100,    San Diego, CA 92108-3007
518384051      +NES Georgia, Inc.,    Trinitas Regional Medical Center,    P.O. Box 277329,
                 Atlanta, GA 30384-7329
518384050      +NES Georgia, Inc.,    Trinitas Regional Medical Center,    225 Williamson Street,
                 Elizabeth, NJ 07202-3625
518384053      +NJ Oral & Maxillofacial Surgery Assocs,    FKA Barbieri, Colameo, Berardo & Wuebbel,
                 Assocs in Oral & Maxillofacial Surgery,     16 Johnson Avenue,    Hackensack, NJ 07601-4818
518384052      +NJ Oral & Maxillofacial Surgery Assocs,    FKA Barbieri, Colameo, Berardo & Wuebbel,
                 Assocs in Oral & Maxillofacial Surgery,     7322 Bergenline Avenue,
                 North Bergen, NJ 07047-5437
518384054      +Paula G. Kaplan, Esq.,    Sara A. Youner, Esq.,    55 Morris Avenue, Suite 200,    P.O. Box 96,
                 Springfield, NJ 07081-0096
518384060       Santander Bank, N.A.,    Mail Code: RI1 EPV 02-23,    One Sovereign Way,
                 East Providence, RI 02915
518384061      +Santander Bank, N.A.,    Mail Code: 10-6438-MA4,    601 Penn Street,    Reading, PA 19601-3563
518384059      +Santander Bank, N.A.,    450 Penn Street,    Reading, PA 19602-1011
518384073      +Trinitas Anesthesia Associates, LLC,    225 Williamson Street,    Elizabeth, NJ 07202-3625
518384076      +US Asset Management, Inc.,    A/K/A EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
518384075       US Asset Management, Inc.,    A/K/A EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
518384077       US Asset Management, Inc.,    A/K/A EOS CCA,    P.O. Box 329,    Norwell, MA 02061-0329
518384074      +University Radiology Group PC,    PO Box 1075,    579A Cranbury Road,
                 East Brunswick, NJ 08816-5426
518384078      +Van Ru Credit Corporation,    4839 North Elston Avenue,    Chicago, IL 60630-2534
518384079     #+Van Ru Credit Corporation,    P.O. Box 301122,    Chicago, IL 60630-1152
518384083      +West New York Emergency Medical Services,    580 66th Street,    West New York, NJ 07093-5316
518384084      +West New York Emergency Medical Services,    Town of West New York,
                 1105 Schrock Road, Suite 610,    Columbus, OH 43229-1158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2019 00:05:09     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2019 00:05:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Nov 09 2019 04:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518383990       EDI: BANKAMER.COM Nov 09 2019 04:33:00      Bank Of America,   4161 Piedmont Parkway,
                 NC4-105-03-14,    Greensboro, NC 27410
518383989       EDI: BANKAMER.COM Nov 09 2019 04:33:00      Bank Of America,   PO Box 982235,
                 El Paso, TX 79998-2235
518383988       EDI: BANKAMER.COM Nov 09 2019 04:33:00      Bank Of America,   PO Box 982238,
                 El Paso, TX 79998-2238
518383993       EDI: TSYS2.COM Nov 09 2019 04:28:00      Barclays Bank Delaware,    Card Services,
                 P.O. Box 13337,    Philadelphia, PA 19101-3337
518383991       EDI: TSYS2.COM Nov 09 2019 04:28:00      Barclays Bank Delaware,    Card Services,
                 Payment Disputes,    P.O. Box 8803,    Wilmington, DE 19899-8803
518383992      +EDI: TSYS2.COM Nov 09 2019 04:28:00      Barclays Bank Delaware,    125 South West Street,
                 Wilmington, DE 19801-5014
518384001       EDI: CAPITALONE.COM Nov 09 2019 04:28:00      Capital One Bank USA NA,    P.O. Box 85015,
                 Richmond, VA 23285-5075
```

```
District/off: 0312-2          User: admin                Page 2 of 3                  Date Rcvd: Nov 08, 2019
                              Form ID: 318               Total Noticed: 102


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518383996      E-mail/Text: cms-bk@cms-collect.com Nov 09 2019 00:04:47      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518383997     +E-mail/Text: cms-bk@cms-collect.com Nov 09 2019 00:04:47      Capital Management Services, LP,
                 726 Exchange Street Suite 700,    Buffalo, NY 14210-1464
518383999      EDI: CAPITALONE.COM Nov 09 2019 04:28:00      Capital One Bank USA NA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518384000      EDI: CAPITALONE.COM Nov 09 2019 04:28:00      Capital One Bank USA NA,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518384002     +Fax: 602-659-2196 Nov 09 2019 01:38:58      Chex Systems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
518384011     +EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O Victoria’s Secret,    PO Box 182125,
                 Columbus, OH 43218-2125
518384010     +EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O Victoria’s Secret,    PO Box 182273,
                 Columbus, OH 43218-2273
518384009     +EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O Victoria’s Secret,    PO Box 182789,
                 Columbus, OH 43218-2789
518384007     +EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O New York & Company,
                 PO Box 182273,    Columbus, OH 43218-2273
518384008     +EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O New York & Company,
                 PO Box 182125,    Columbus, OH 43218-2125
518384006      EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O New York & Company,
                 PO Box 182789,    Columbus, OH 43218-2789
518384005     +EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O Express,    PO Box 182125,
                 Columbus, OH 43218-2125
518384004      EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O Express,    PO Box 182273,
                 Columbus, OH 43218-2273
518384003      EDI: WFNNB.COM Nov 09 2019 04:28:00      Comenity Bank,    C/O Express,    PO Box 182789,
                 Columbus, OH 43218-2789
518384012     +E-mail/Text: compliance@contractcallers.com Nov 09 2019 00:06:02      Contract Callers, Inc.,
                 501 Greene Street, 3rd Floor, Suite 302,    Augusta, GA 30901-4415
518384013     +EDI: CONVERGENT.COM Nov 09 2019 04:28:00      Convergent Outsourcing, Inc.,    P.O. Box 9004,
                 800 SW 39th Street,    Renton, WA 98057-4927
518384014     +EDI: CONVERGENT.COM Nov 09 2019 04:28:00      Convergent Outsourcing, Inc.,    500 SW 7th Street,
                 Building A 100,    Renton, WA 98057-2983
518384015      E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2019 00:12:22      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518384016     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2019 00:13:28      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
518384017     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2019 00:13:27      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518384020      EDI: DISCOVER.COM Nov 09 2019 04:28:00      Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850-5316
518384021      EDI: DISCOVER.COM Nov 09 2019 04:28:00      Discover Financial Services,    PO Box 30943,
                 Salt Lake City, UT 84130
518384022     +EDI: DISCOVER.COM Nov 09 2019 04:28:00      Discover Financial Services,    PO Box 30421,
                 Salt Lake City, UT 84130-0421
518384023     +EDI: DCI.COM Nov 09 2019 04:33:00      Diversified Consultants, Inc.,    P.O. Box 551268,
                 Jacksonville, FL 32255-1268
518384024     +EDI: DCI.COM Nov 09 2019 04:33:00      Diversified Consultants, Inc.,
                 10550 Deerwood Park Blvd., Suite 309,    Jacksonville, FL 32256-2805
518384026      E-mail/Text: operationsclerk@easypayfinance.com Nov 09 2019 00:02:49      Easypay Finance,
                 a/k/a Duvera,    3220 Executive Ridge, Suite 200,    Vista, CA 92081
518384027      E-mail/Text: operationsclerk@easypayfinance.com Nov 09 2019 00:02:49      Easypay Finance,
                 a/k/a Duvera,    P.O. Box 2549,    Carlsbad, CA 92018-2549
518384034      EDI: AMINFOFP.COM Nov 09 2019 04:28:00      First Premier Bank,    PO Box 5524,
                 Sioux Falls, SD 57117-5524
518384032     +EDI: AMINFOFP.COM Nov 09 2019 04:28:00      First Premier Bank,    3820 N. Louis Avenue,
                 Sioux Falls, SD 57107-0145
518384033     +EDI: AMINFOFP.COM Nov 09 2019 04:28:00      First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
518384041      E-mail/Text: info@payhcs.com Nov 09 2019 00:05:51      Healthcare Collection Specialists, Inc.,
                 HCS Collections,    P.O. Nox 306,    Waldwick, NJ 07463-0306
518384042     +E-mail/Text: info@payhcs.com Nov 09 2019 00:05:51      Healthcare Collection Specialists, Inc.,
                 HCS Collections,    75 Franklin Turnpike,    Waldwick, NJ 07463-1831
518384044     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 00:12:35      LVNV Funding, LLC,
                 A/K/A Resurgent Capital Services, LP,    625 Pilot Road, Suite 2/3,    Las Vegas, NV 89119-4485
518384045      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 00:12:33      LVNV Funding, LLC,
                 A/K/A Resurgent Capital Services, LP,    55 Beattie Place, Suite 110,
                 Greenville, SC 29601-5115
518384043     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 00:12:32      LVNV Funding, LLC,
                 A/K/A Resurgent Capital Services, LP,    PO Box 1269,    Greenville, SC 29602-1269
518384048     +EDI: MID8.COM Nov 09 2019 04:28:00      Midland Credit Management, Inc.,
                 a/k/a Midland Funding, LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
518384058      E-mail/Text: info@phoenixfinancialsvcs.com Nov 09 2019 00:02:53
                 Phoenix Financial Services, LLC,    8902 Otis Avenue, Suite 103A,    Indianapolis, IN 46216
518384057      E-mail/Text: info@phoenixfinancialsvcs.com Nov 09 2019 00:02:53
                 Phoenix Financial Services, LLC,    P.O. Box 361450,    Indianapolis, IN 46236
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Nov 08, 2019
                              Form ID: 318             Total Noticed: 102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518384055      E-mail/Text: dee@pendrickcp.com Nov 09 2019 00:05:33      Pendrick Capital Partners LLC,
               1714 Hollinwood Drive,   Belleview, VA 22307-1926
518384056     +E-mail/Text: dee@pendrickcp.com Nov 09 2019 00:05:34      Pendrick Capital Partners LLC,
               6029 Ridge Ford Drive,   Burke, VA 22015-3650
518384063     +EDI: SECONDROUND.COM Nov 09 2019 04:28:00      Second Round LP,   P.O. Box 41955,
               Austin, TX 78704-0033
518384062     +EDI: SECONDROUND.COM Nov 09 2019 04:28:00      Second Round LP,   4150 Freidrich Lane, Suite 1,
               Austin, TX 78744-1052
518385835     +EDI: RMSC.COM Nov 09 2019 04:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
518384066      EDI: RMSC.COM Nov 09 2019 04:33:00      Synchrony Bank,   C/O Walmart,   ATTN: Bankruptcy Dept.,
               P.O. Box 965060,   Orlando, FL 32896-5060
518384064     +EDI: RMSC.COM Nov 09 2019 04:33:00      Synchrony Bank,   C/O Walmart,   P.O. Box 965024,
               Orlando, FL 32896-5024
518384065     +EDI: RMSC.COM Nov 09 2019 04:33:00      Synchrony Bank,   C/O Walmart,   PO Box 965036,
               Orlando, FL 32896-5036
518384069      EDI: AISTMBL.COM Nov 09 2019 04:28:00      T-Mobile,   Attn: Customer Relations,
               12920 SE 38th Street,   Belleview, WA 98006
518384067      EDI: AISTMBL.COM Nov 09 2019 04:28:00      T-Mobile,   Attn: Customer Relations,   PO Box 37380,
               Albuquerque, NM 87176-7380
518384068      EDI: AISTMBL.COM Nov 09 2019 04:28:00      T-Mobile,   Attn: Customer Relations,   PO Box 742596,
               Cincinnati, OH 45274-2596
518384070      EDI: TFSR.COM Nov 09 2019 04:28:00      Toyota Motor Credit Corporation,
               5005 N. River Boulevard NE,   Cedar Rapids, IA 52411-6634
518384071      EDI: TFSR.COM Nov 09 2019 04:28:00      Toyota Motor Credit Corporation,   Bankruptcy Department,
               P.O. Box 8026,   Cedar Rapids, IA 52409-8026
518384072     +EDI: TFSR.COM Nov 09 2019 04:28:00      Toyota Motor Credit Corporation,   P.O. Box 9786,
               Cedar Rapids, IA 52409-0004
518384082     +EDI: VERIZONCOMB.COM Nov 09 2019 04:28:00      Verizon,   P.O. Box 650584,
               Dallas, TX 75265-0584
518384081     +EDI: VERIZONCOMB.COM Nov 09 2019 04:28:00      Verizon,   Attn: Billing Office,
               236 E. Town Street #170,   Columbus, OH 43215-4631
518384080     +EDI: VERIZONCOMB.COM Nov 09 2019 04:28:00      Verizon,   500 Technology Drive, Suite 550,
               Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 65

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Roger  Chavez    on behalf of Debtor Vanessa  Penafiel-Moran rchavez01@aol.com,
               rchavez@chavezlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```